IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INTERNATIONAL DRIVER TRAINING, INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| VS. | § § | 3:05-CV-2194-K |
| J-BJRD, INC. and BILL CLINTON DODGIN, | § § § | |
| Defendants. | | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff International Driver Training, Inc.'s ("International Driver") notice of voluntary dismissal. The Court **DISMISSES** this case without prejudice. If International Driver re-files this case in the Northern District of Texas, Dallas Division, the complaint must be filed in Judge Ed Kinkeade's Court, and the Plaintiff shall give Defendant notice of this Order if this case is re-filed in any form.

**SO ORDERED.**

Signed April __7th__, 2006

                                                         s/Ed Kinkeade
                                                       ED KINKEADE
                                                       UNITED STATES DISTRICT JUDGE